IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:22-CV-019-KDB-DCK

| | |
|---|---|
| **KENNETH SCOTT,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) **ORDER** |
| **ABOVE AND BEYOND RETAIL SERVICES, INC.,** and **ROBERT C. ABSHER,** | ) ) ) ) |
| **Defendant**. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 13) filed by Brian L. Kinsley, concerning Eric Sands, on May 4, 2022. Eric Sands seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 13) is **GRANTED**. Eric Sands is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: May 4, 2022

David C. Keesler
United States Magistrate Judge