**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CASE NO. 5:22-CV-019-KDB-DCK**

| | | |
|---|---|---|
| **KENNETH SCOTT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **ABOVE AND BEYOND RETAIL SERVICES, INC.,** | ) | |
| **and ROBERT C. ABSHER** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Stay The Case" (Document No. 25) filed August 18, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Bell's chambers, the undersigned will <u>deny</u> the motion.

The undersigned notes that the Court initially allowed a stay of this case on April 26, 2022, and has since allowed two (2) extensions of that stay. <u>See</u> (Document Nos. 9, 20, 22). The Court's last Order noted that "<u>[f]urther extensions will not be allowed</u>." (Document No. 22, p. 1). The Court also advised that "[o]f course, if the parties cannot finalize a settlement by this deadline, they may continue their discussions, but must also promptly move forward with this litigation." (Document No. 22, p. 2).

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Stay The Case" (Document No. 25) is **DENIED**.

Signed: August 18, 2022

David C. Keesler
United States Magistrate Judge