# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:22-CV-00019-KDB-DCK

| | |
|---|---|
| **KENNETH SCOTT,** | |
| Plaintiff, | |
| v. | **ORDER** |
| **ABOVE AND BEYOND RETAIL SERVICES, INC. AND ROBERT C. ABSHER,** | |
| Defendants. | |

## ORDER OF APPROVAL

Upon consideration of the Plaintiff's Unopposed Motion for Approval of Attorneys' Fees and Lawsuit Costs and Claims Administrator Fees and Costs, and good cause appearing,

**IT IS HEREBY ORDERED** that The Court approves the payment of $66,666.67 in attorneys' fees to be paid to Plaintiff's counsel from the settlement Fund, pursuant to the Settlement;

**IT IS HEREBY FURTHER ORDERED** that The Court approves the payment of $1,314.90 in litigation costs to be paid to Plaintiff's counsel from the Settlement Fund, pursuant to the Settlement; and

**IT IS HEREBY FURTHER ORDERED** that The Court approves the payment of $6,000.00 in Claims Administrator Fees and Costs, to be paid to the Claims Administrator from the Settlement Fund, pursuant to the Settlement.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: July 16, 2024

Kenneth D. Bell
United States District Judge